UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| UNIVERSITY OF VERMONT STUDENTS FOR JUSTICE IN PALESTINE, | ) ) ) |  |
|---|---|---|
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 2:24-cv-978 |
| THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; and LINA BALCOM, UVM DIRECTOR OF STUDENT LIFE and JEROME BUDOMO, UVM ASSOCIATE DIRECTOR OF STUDENT LIFE, EACH IN THEIR OFFICIAL CAPACITIES, | ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) |  |

**EXHIBIT LIST**

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit No. | Document Description |
|---|---|
| 1 | April 29, 2024 – Screenshot from Plaintiff's Instagram |
| 2 | April 29, 2024 – Notice distributed to students |
| 3 | April 30, 2024 – Screenshot from Plaintiff's Instagram |
| 4 | April 30, 2024 – Screenshot from Telegram |
| 5 | May 21, 2024 to July 30, 2024 – Screenshots of text messages from Lina Balcom to Logan Prewitt |
| 6 | July 31, 2024 to August 9, 2024 – Email chain |
| 7 | May 1, 2024 – Email from David Nestor to Logan Prewitt with attachment |
| 8 | May 2, 2024 – Email from David Nestor to Logan Prewitt with attachment |
| 9 | May 2, 2024 to May 6, 2024 – Email chain |
| 10 | August 20, 2024 – Letter from John Franco, Esq. |
| 11 | August 27, 2024 – Email from David Nestor to student with attachments |
| 12 | August 29, 2024 – Email from David Nestor to student |
| 13 | Free Expression; Campus Speakers; Response to Disruption (in effect during encampment) |
| 14 | Code of Student Conduct (in effect during encampment) |

{B2901594.1 02148-0592}

Dated at Burlington, Vermont this 25th day of September 2024.

/s/ Kendall Hoechst
Kendall Hoechst, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT  05402
(802) 864-5751
khoechst@dinse.com

Counsel for Defendants