Exhibit 4

6:58

♥ 64                           👁 509 7:35 PM   ↗

**UVM Palestine Solidarity Encampment**
General Assembly Brief 4/30/2024

1 Laundry (community members have offered to do laundry for us, do we want to have people doing laundry for us? Ask around camp if you need help with laundry!)

2 More teach-ins by Jon Shaffer are in the works.

3 We talked strategy about how we want to keep moving forward

4 Migrant Justice will be having a protest at Williston Hannaford's from 7 AM to 11 PM tomorrow. Join in if you have downtime!

5 Negotiations!!! Word is that the university will disclose investments by the end of the week. Hopefully this is true. No negotiations made regarding amnesty because we haven't been issued any punishments. Not much progress has been made with No Linda. A full summary of negotiations will be released shortly.

6 We have plenty of spaces in tents- talk to people at the camp if you want to stay the night.

7 Floodlights turn on at 12 AM (they might move them back a little farther so

Mute