# Exhibit 6

Friday, August 9, 2024 at 14:42:39 Eastern Daylight Time

**Subject:** RE: SJP Student Organization Misconduct Issue
**Date:** Friday, August 9, 2024 at 2:15:53 PM Eastern Daylight Time
**From:** Lina Balcom (she/her)
**To:** Logan Prewitt
**CC:** Helen Scott, David Nestor, ███
**Attachments:** image001.gif

Hello Logan,

I agree that it's great to be in touch again and I'm glad to hear from you. I hope you've had a nice summer. I'm also, happy to be connected to ███; I look forward to meeting you, ███.

Apologies for my delay in responding; I was exploring the answer to your question about your ability to represent the group along with ███, and appreciate your patience in hearing back.

The <u>Student Organization Misconduct Investigation and Resolution</u> university operating procedure outlines the specifics of the process. The details about the Organization Representative are outlined and I've copied that section from the document here:

*<u>Organization Representative</u>: The individual, or individuals (no more than three), selected by the Recognized Student Organization to speak on the Organization's behalf. The Organization Representative may be, but is not required to be a member of the Organization's leadership structure (e.g. President, Vice President, Team Captain, etc.). Individual members who have been referred to the Center for Student Conduct for alleged policy violations arising out of the same fact pattern may not serve as an Organization Representative.*

As you can see, it doesn't stipulate that the individual conduct case's status is considered. Additionally, as I was exploring the answer it came to my attention that you are not currently an active student and therefore, even without the conduct referral question, you are not eligible to serve as the Organization Representative. Unfortunately, for both of those reasons the answer is that you are not able to serve in this role for this conduct situation.

I expect this is not the answer you would like to hear, and I never enjoy delivering disappointing answers. ███ can certainly consult with you throughout the process and share any details with you that he would like.

We will be in touch with ███ very soon about next steps.

As always, I'm happy to answer any questions or discuss the details about any of these elements if you would like,

Warmly,
Lina

**From:** Logan Prewitt <Logan.Prewitt@uvm.edu>
**Sent:** Tuesday, August 6, 2024 8:49 AM
**To:** Lina Balcom (she/her) <lbalcom@uvm.edu>
**Cc:** Helen Scott <hscott@uvm.edu>; David Nestor <David.Nestor@uvm.edu>; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: SJP Student Organization Misconduct Issue

Hi Lina,

Glad to be in touch again and apologies for our slow response. As Helen mentioned, many of us have been out of Burlington over the summer or are otherwise out of touch. Thank you for your patience.

As David initially explained to Helen and I, I was ineligible to serve as a representative for SJP when the case was first initiated because I had an open student conduct case. Since I was found not responsible and that case has been closed, I would like serve as a representative.

In addition to myself, ▮▮▮▮▮▮▮▮ will represent SJP in this process. I don't believe you've met before; I've included him on this thread.

Please let us know what the next steps are and we will be in touch.

Best,
Logan

---

**From:** Lina Balcom (she/her) <lbalcom@uvm.edu>
**Sent:** Wednesday, July 31, 2024 4:31 PM
**To:** Logan Prewitt <Logan.Prewitt@uvm.edu>
**Cc:** Helen Scott <hscott@uvm.edu>; David Nestor <David.Nestor@uvm.edu>
**Subject:** SJP Student Organization Misconduct Issue

Hello Logan,

I hope you've had a good summer.

Today I had a meeting with David Nestor about Students for Justice in Palestine's outstanding student organization misconduct case from the end of the semester. As you likely remember, since you are not eligible to serve as the representative because you were referred to the Center for Student Conduct stemming from the same situation, David was working with you to identify a student who can represent the group in the process. If it would be helpful to review the process you

2 of 3

can find those details here

I've tried to reach you by text on May 21st, July 3rd and again this morning to determine which student to work with, but I haven't heard back. Hopefully, email is a better avenue to connect with you. I've copied Helen Scott on this message as the advisor to SJP as well. Helen, Perhaps you can be of assistance in identifying the best student to represent SJP.

Given this misconduct case has been open for many weeks, if we are not able to identify a student who can represent SJP by next Tuesday, August 6th the case will need to move forward without input from the group. Neither David or I would like for that to have to happen. The student does not need to be a club signer, but typically the club signers are the leaders of a student organization and feel confident representing the group, however any student member may serve as the representative.

Please respond to this message to let us know which student member of SJP can serve as the representative in the misconduct case. If you have questions or would like to discuss directly, please feel free to reach out to me or David.

Best,
Lina

——

**LINA BALCOM (she/her)**
*Director of Student Life*
University of Vermont
Room 310 – Davis Center | 590 Main Street
Burlington, VT 05405

(802) 656-2060 | lina.balcom@uvm.edu
Website | Message me on Teams

UVM's Our Common Ground Values:
Respect | Integrity | Innovation | Openness | Justice | Responsibility



*UVM is subject to the Vermont Public Records Act and communications to and from this email address, including attachments, are subject to disclosure unless exempted under the Act or otherwise applicable law.*