# Exhibit 11

Tuesday, August 27, 2024 at 14:07:29 Eastern Daylight Time

**Subject:** Students for Justice in Palestine
**Date:** Tuesday, August 27, 2024 at 2:07:03 PM Eastern Daylight Time
**From:** David Nestor
**To:** ▮
**CC:** Helen Scott
**Attachments:** doc01073120240827130005[1].pdf, doc01067120240826085613[3].pdf, doc01066720240826085314[8].pdf

,

Now that UVM has started the new academic year, I am following up on an unresolved matter from last Spring that pertains to Students for Justice in Palestine.

Please find three attachments to this email. The first is an invitation from me for you and I to meet to discuss the options we have to resolve the outstanding student organization misconduct issue that remains from last Spring. The second and third attachments are communications sent by me to Logan that cover the alleged UVM policy violations and the process for resolution.

Recognizing that this may all be new to you, I am suggesting a meeting tomorrow, Wednesday, August 28, for the purpose of explaining the two options to resolve this issue and an opportunity to address your questions and concerns. You are not expected to make decisions at this meeting. It is a chance for you to gather information and let me know how you wish to proceed.

I will copy Helen Scott who I believe serves as the advisor to SJP.

I look forward to hearing from you.

David Nestor
Dean of Students



Hello ,

As you are likely aware, UVM Students for Justice in Palestine (SJP) is currently on interim suspension resulting from a report indicating that SJP may have violated various university policies in the spring 2024 semester.

In May, I communicated with SJP President, Logan Prewitt, regarding this situation and the next steps in the Student Organization Misconduct process. Please find two attachments. One is a copy of the notice letter that was sent to Logan on May 1, 2024. The second is a letter dated May 2, 2024 regarding the process to resolve the alleged policy violations. Unfortunately, Logan is not eligible to serve as the representative of SJP in this process and he let us know you might serve in this role. For more information about the student organization misconduct process please refer to the Student Organization Misconduct Investigation and Resolution University Operating Procedure, which you can find at this link: https://legacy.drup2.uvm.edu/sites/default/files/UVM-Policies/policies/studentorg.pdf?t=s1jse1

To restart this process, I suggest we meet to discuss the process and your options and answer any questions. The two options that will be before you are to participate in the Pre-Investigation Administrative Conference (PIAC) and/or the more formal investigation Process. You may decline this informational meeting and the option of the PIAC if that is your preference. Your choice not to meet would have no bearing on your ability to participate in the Investigation Process. If you wish to meet to discuss, please reply to this email. If I do not hear from you by 4:00pm on Wednesday, August 28, that you want to meet and/or consider the PIAC process this matter will proceed to the Investigation Process.

Respectfully,

David Nestor
Dean of Students

May 1, 2024

Logan Prewitt
President, UVM Students for Justice in Palestine
Burlington, VT 05401

Dear Logan,

In accordance with the Code of Student Conduct and related University policies, individual students, as well as Recognized Student Organizations and their officers, may be held collectively responsible when violations of University policies occur.

This letter is to notify you that the University has received information about alleged conduct by UVM Students for Justice in Palestine (SJP) that, if true, would violate University policies. As such, this letter serves as official notice that SJP is under investigation in relation to the following:
- Using the Davis Center Green to the exclusion of others for non-commercial solicitation without a reservation
- Disruption of scheduled tabling and other reservation of space outside the Davis Center
- Disruption of normal student engagement and/or academic work patterns
- Setting up tents ("temporary structure") on the Davis Center Green without a permit and declining to remove them when requested
- Overnight occupancy of a temporary structure
- Encouraging and facilitating the violation of policy by other students

This investigation is being initiated and conducted in accordance with the Student Organization Misconduct Investigation and Resolution policy which can be found here.

The University policies and provisions that may be at issue are as follows:
- Solicitation and Posting
    - Exclusive Use of Reservable Space for Non-Commercial Solicitation. Prior registration through University Events Services is required for the reserved and exclusive use of space or venues that the University designates for such purposes.
    - casual forms of non-commercial solicitation [must preserve] access to, or the use of, buildings, grounds, or facilities may be subject to restrictions designed to protect safety, or to avoid disruption of customary campus activities.
    - Use of all public venues are subject to time, place, and manner restrictions designed to avoid disruption and protect public safety and maintain usual University operations, such as assurance of traffic ingress and egress; peaceable assembly; and compliance with noise, fire, alcohol and food safety laws, regulations, and ordinances.
- Temporary Structures
    - Placement of temporary structures in or on University property is a use that must be scheduled under the Facilities & Ground Use Policy
    - Due to safety and security concerns, overnight occupancy of a temporary structure will not be permitted, from 8pm to 8am.

- o Unauthorized placement of structures, whether temporary or otherwise, constitutes a trespass that violates University policy and may also violate state or local law.
- Facilities for Grounds Use for Events and Activities
    - o 1) Request or Use a. Internal: Requests for facilities or grounds use for an Event/Activity by internal individuals or organizations must be submitted to University Event Services (UES) through the online University-preferred event management system software (EMS) or, if online reservation is not available, by contacting UES. The request must be submitted by an individual or official authorized to commit the funds of the individual, unit, group, organization, or entity.
    - o 5) Consequences of Unauthorized Use or Misrepresentation Unauthorized: use of institutional grounds, facilities, and other resources may violate this policy, other applicable University policies, and/or civil and criminal laws. A demonstrated violation of policy or law may result in disciplinary or legal action against violators.
- Free Expression: Campus Speakers: Response to Disruption
    - o The expression of views, through words or conduct, must be exercised in a manner that does not interfere with the rights of others to present their views in a lawful manner without disruptive interference, or for a speaker to be heard without risk to the personal safety of the speaker(s) or others.
    - o The University reserves the right to specify reasonable time, manner and place for the exercise of these freedoms, guided by factors that include safety, the rights of others and the normal functioning of the University.
    - o Disruption: Conduct that obstructs or impedes teaching, research, administration, disciplinary procedures, or other University activities; conduct that infringes upon the rights of University community members or members of the public lawfully using campus grounds or facilities, including interfering with the free expression of others, damaging property, or posing an imminent danger to the safety of persons or groups of people or the security of property and facilities.
- The Code of Student Conduct
    - o 1. General Provisions a. Students who are alleged to have assisted others in violating any provision of this Code are subject to the same response under this Code as those persons alleged to have committed a violation.
    - o 2. Prohibited Acts. b. Property Offenses. 2. Trespassing upon, forcibly entering, or otherwise proceeding into unauthorized areas of University owned or leased buildings or facilities, their roofs, or the residential space of another without permission.
    - o 2. Prohibited Acts. b. Property Offenses. 3. Unauthorized or inappropriate use of University services, property, or the property of others.
    - o 2. Prohibited Acts. c. Public Order / University Order Offenses. 1. Creating a fire, safety, or health hazard.
    - o 2. Prohibited Acts. d. Other Offenses. 1. Violation of University policies. Students, student organizations, and their respective guests are prohibited from violating University policies.
    - o 2. Prohibited Acts. d. Other Offenses. 2. Violation of Law. A violation of any local, state, or federal civil or criminal law is a violation of this Code ... Violation of law

conduct will be regarded as a violation of this Code regardless of whether the offense is prosecuted in a court of law.

### Interim Administrative Action

The University of Vermont is suspending all operations of SJP on an interim basis, effective immediately. We are taking this action because of the continuation of concerning behavior and encouragement of willful violation of university policies following repeated notice and requests to cease. These actions have had a direct impact on the safety of students and university operations.

Interim suspension is appropriate in circumstances where, as in this case, preliminary evidence demonstrates that an organization's activity may pose a threat to the health, safety, or wellbeing of persons within the UVM community and our guests. Please inform all individuals affiliated with SJP that while the SJP is under interim suspension all organization activities must cease. This interim suspension will permit organization meetings related to any internal investigation.

### Investigation Process

The purpose of the University's investigation is to gather information relevant to the above listed allegations in order to settle the matter. The investigation will be led by Jerome Budomo, Associate Director of Student Life. You and members of your organization may be contacted by Mr. Budomo and invited to provide relevant information. Your participation is voluntary. However, please know that the investigation will proceed, a finding may be reached, and a sanction may be imposed without you, or your members' participation based on the information available.

Upon conclusion of the investigation, you will be notified in writing of the outcome. In the event the investigation determines your organization is in violation of any University policy, the case will be forwarded to the Student Organization Misconduct Sanctioning Panel, which will determine the appropriate sanction(s). To the extent information is uncovered during the investigation indicating alleged policy violations by an individual student, that information will be forwarded to the Center for Student Conduct for resolution.

Please be advised that the University of Vermont prohibits retaliation against individuals involved in a student organization misconduct process. This protection applies to those who report alleged misconduct, serve as witnesses or otherwise cooperate in an investigation, regardless of whether it is ultimately determined that the alleged conduct constituted a violation of University policy. Retaliation is defined as any adverse action taken against a person for making a good faith report of prohibited conduct or participating or declining to participate in a University process. Acts of retaliation may include, but are not limited to, intimidation, threats, harassment, coercion, discrimination, or any other conduct that would discourage a reasonable person from engaging in the student organization misconduct investigation and resolution process. Retaliation does not include good faith actions lawfully pursued in response to a report of prohibited conduct. Retaliation may be undertaken or attempted either directly or by someone acting on behalf of another.

It should be recognized that action taken by the University through the Student Organization Misconduct Process and/or individual student conduct process against the organization or individual students is independent of any criminal or civil proceedings that may be pursued off campus. Please contact me with any questions.

Sincerely,

David Nestor, Dean of Students

cc.  Erica Caloiero, Vice Provost for Student Affairs
     Lina Balcom, Director of Student Life
     Ana Sola, Associate Director of SGA Operations
     Jerome Budomo, Associate Director of Student Life
     Helen Scott, RSO Adviser

Monday, May 6, 2024 at 09:23:08 Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Meeting |
| **Date:** | Thursday, May 2, 2024 at 4:32:32 PM Eastern Daylight Time |
| **From:** | David Nestor |
| **To:** | Logan Prewitt |
| **CC:** | Jerome Budomo (he/him), Helen Scott |
| **Attachments:** | SJP Pre-Conference Meeting.pdf |

Logan,

Attached is a letter offering what we call a Pre-Investigation Administrative Conference. This is a meeting that provides a chance, if you wish, for you and I to meet and discuss any interest you have in resolving the Student Organization Misconduct case prior to the full Investigative Process that would be conducted by Jerome Budomo.

I am suggesting that we meet at 12noon tomorrow, Friday, May 3. You may decline this meeting. That is fine if that is your preference. Your choice not to meet would have no bearing on the more formal Investigative Process.

If you wish to meet, please reply to this email.

David



# University of Vermont
DIVISION OF STUDENT AFFAIRS

May 2, 2024

Logan Prewitt
President, UVM Students for Justice in Palestine (SJP)

Dear Logan,

My name is David Nestor, and I am the Dean of Students. Part of my role is providing support and accountability for student organizations who may have violated University policy.

As I notified you yesterday, I received a report indicating that SJP may have violated various university policies in relation to on-going activities on or around Andrew Harris Commons. I have determined that this matter is appropriate for a pre-investigation administrative conference should your organization wish to proceed in that manner. As such, **I have scheduled a meeting for us on Friday, May 3, 2024, at 12:00 pm (noon) in Nicholson House (41 South Prospect Street)** so I can review the reported information with you, explain your options for resolving the case, and answer any questions you may have. Following this meeting I will ask you to let me know no later than close of business on Monday, May 6, as to whether SJP would like to accept responsibility for the alleged policy violations outlined in your notice letter, and as discussed during our meeting, including appropriate organizational outcomes.

For more information about the student organization misconduct process please refer to the Student Organization Misconduct Investigation and Resolution University Operating Procedure. https://legacy.drup2.uvm.edu/sites/default/files/UVM-Policies/policies/studentorg.pdf?t=s1jse1

**Copy of Incident Referral Report:**
During our meeting I will share a copy of the referral report. This information is being provided to you on a need-to-know basis in order to assist you in responding to the alleged policy violation(s). Please respect the privacy of individuals involved in the incident and only disclose this information to other people with a legitimate need to know. Please also be advised that the University of Vermont prohibits retaliation against individuals involved in reporting behavior of concern, as well as those who serve as witnesses, or otherwise cooperate in an investigation, regardless of whether the alleged conduct is ultimately found to constitute a violation of University policy. Retaliation is defined as "[a]ny adverse action taken against a person for making a good faith report of prohibited conduct, or participating or declining to participate" in a University proceeding. Acts of retaliation may include, but are not limited to, intimidation, threats, harassment, coercion, discrimination, or any other conduct that would discourage a reasonable person from engaging in the conduct process. Retaliation does not include good faith actions lawfully pursued in response to a report of prohibited conduct. Retaliation may be undertaken or attempted either directly or by someone acting on behalf of another.

**Additional Support:**
We care about connecting with you in the most accessible way possible. Below are two resources:
- If you have a disability and want to request an accommodation, please contact Student Accessibility Services or call (802) 656-7753 within 24 hours of the date of this letter.
- To request language interpretation services, please contact me within 24 hours of the date of this letter.

**Please Note:**
If you do not attend the meeting and do not communicate with me, your case will automatically be advanced to an investigation process.

If you have any questions, please feel free to email me or call me at (802) 656-3380.

Sincerely,

David Nestor
Dean of Students