# Exhibit 12

Thursday, August 29, 2024 at 13:14:39 Eastern Daylight Time

**Subject:** Students for Justice in Palestine
**Date:** Thursday, August 29, 2024 at 1:14:24 PM Eastern Daylight Time
**From:** David Nestor
**To:** █████
**CC:** Helen Scott, Jerome Budomo (he/him)

,

As stated in my earlier communication this week, with no reply from you to my August 27 email, I will refer this unresolved matter of Students for Justice in Palestine to the Student Life Office and, specifically, Jerome Budomo, Associate Director of Student Life. Jerome will be your next point of contact. Jerome will serve as the lead to work with you through the Investigation Process. Jerome is copied on this email.

Again, I encourage you to read the Student Organization Misconduct Investigation and Resolution operating procedure available on the UVM Policy and University Operating Procedure (UOP) website. Please take note of three brief but important sections toward the end of the UOP. The titles of those three sections are Statement Against Retaliation, Statement on Impartiality, and Role of Advisors.

Respectfully,


David Nestor
Dean of Students
University of Vermont