United States District Court for the District of Vermont

UVM Students for Justice in Palestine

                            Index No. 24-978

     v.

University of Vermont, et al.

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 OCT 23 AM 11: 03

CLERK
BY ____
DEPUTY CLERK

## LETTER MOTION BY TOMAS ZAVALIDROGA FOR PERMISSION TO FILE AMICUS BRIEF IN THE ABOVE REFERENCED ACTION

Tomas Zavalidroga, prospective third-party in this action, hereby requests permission of the court allowing him to file an Amicus brief in this action.

Dated: October, 18th, 2024

                                                                            Tomas Zavalidroga
                                                                             300 seminary Ave
                                                                             Manchester, VT 05254

<u>AFFIDAVIT OF MAILING SERVICE</u>

index No. 24-978

UVM Students FOR Justice In Palestine

V.

University of Vermont

Tomas Zavalidroga, under penalty of perjury, hereby attests that on Oct. 18th, 2024, he mailed true copies of Petitioner's Letter Motion for permission To File Amicus Brief, by first class U.S. Mail to the following persons at the listed addresses:

John Collins, UVM General Counsel, 85 S. Prospect St, Burlington, VT 05401

Sharon Paulsen, UVM General Counsel, 85 S. Prospect St, Burlington, VT 05401

John Franco, 110 Main St., ste 208, Burlington, VT 05401

Dated and signed this 18th day of October, 2024        Tomas Zavalidroga