UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNIVERSITY OF VERMONT STUDENTS FOR JUSTICE IN PALESTINE,<br>          Plaintiff<br><br>     v.<br><br>THE UNIVERSITY OF VERMONT and STATE AGRICULTURAL COLLEGE; and LINA BALCOM, UVM Director of Student Life and JEROME BUDOMO, UVM Associate Director of Student Life, each in their Official Capacities,<br>          Defendants | * * * * * * * * * * * * * * * * | Civil Action No. 2:24-cv-978 |

### PLAINTIFF'S OPPOSITION TO MR. ZAVALIDROGA'S MOTION TO FILE AN *AMICUS* BRIEF

As already briefed in our opposition to Mr. Zavalidroga's motion to intervene, he lacks the necessary justiciable interest in the litigation. It now appears that he is hedging against the denial of that motion by requesting leave for file an *amicus* brief. This, too should be rejected.

While a lay person is not disqualified from filing an *amicus* brief, s/he should show it will offer a helpful or relevant perspective beyond what the existing parties are providing with specialized expertise in the area or insight into the broader implications of the case which is substantive. The *amicus* filing must also conform to all the technical requirements for such a filing required of attorneys. Mr. Zavalidroga has shown none of this. His *Motion* is not even accompanied by a proposed *amicus* memorandum.

1

**Conclusion.**

    The *Motion* should be denied.

Dated at Burlington, Vermont this 24th day of October, 2024.

/s/ *John L. Franco, Jr.*
John L. Franco, Jr.
Attorney for
UVM Students for Justice
in Palestine
