UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNIVERSITY OF VERMONT STUDENTS FOR JUSTICE IN PALESTINE,<br><br>         Plaintiff,<br><br>    v.<br><br>THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; and LINA BALCOM, UVM DIRECTOR OF STUDENT LIFE and JEROME BUDOMO, UVM ASSOCIATE DIRECTOR OF STUDENT LIFE, EACH IN THEIR OFFICIAL CAPACITIES,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-978<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE**
***AMICUS CURIAE* BRIEF BY TOMAS ZAVALIDROGA**

Defendants University of Vermont and State Agricultural College, Lina Balcom, and Jerome Budomo, by and through their attorneys, Dinse P.C., oppose Tomas Zavalidroga's Motion for Leave to File *Amicus Curiae* Brief, ECF No. 21.  For the reasons set forth in Plaintiff's Opposition, ECF No. 22, Mr. Zavalidroga's Motion should be denied.

Dated at Burlington, Vermont this 30th day of October 2024.

/s/ Kendall Hoechst
Kendall Hoechst, Esq.
Dinse P.C.
209 Battery Street, P.O. Box 988
Burlington, VT  05402
(802) 864-5751
khoechst@dinse.com

Counsel for Defendants