UNITED STATES DISTRICT COURT FOR VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JAN 22 AM 10: 05

BY _____ CLERK
DEPUTY CLERK

UVM STUDENTS FOR JUSTICE IN PALESTINE

v.

UNIVERSITY OF VERMONT, et al

Index No. 2:24-CV-978

Judge: Sessions

## NOTICE OF APPEAL

Tomas Zavalidroga, Appellant, third party Appellant, private state Attorney General, and interested party, hereby appeals to the U.S. Court of Appeals, 2nd Circuit, from each and every part of an Order in this action, dated December 20, 2024, granting defendant's Motion to Dismiss.

Dated: Jan. 17, 2025

*Tomas Zavalidroga*
Tomas Zavalidroga