To the Clerk:

Jan. 17, 2025

Tomas Zavalidroga hereby requests that this instant Appeal be filed without costs, due to the Appellant's prior relief status with the Vermont district Court and the 2nd Circuit, and also his status and standing as private state Attorney General in this action.

The Appellant is also requesting the opportunity to pay the normal cost of an appeal, pending, for a period of at least two weeks.

Very truly yours,

*[signature]*

Tomas Zavalidroga