# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | |
|---|---|
| UNIVERSITY OF VERMONT STUDENTS FOR JUSTICE IN PALESTINE<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE UNIVERSITY OF VERMONT AND STATE AGRICULTURAL COLLEGE; LINDA BALCOM, UVM Director of Student Life, in her Official Capacity; and JEROME BUDOMO, UVM Associate Director of Student Life, in his Official Capacity<br><br>*Defendant(s)* | Civil Action No.  2:24-cv-978 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document 32) filed December 20, 2024, defendants' Motion to Dismiss (Document 9) is GRANTED and plaintiff's Motion for Preliminary Injunction Pendent Lite (Document 2) is DENIED. Plaintiff was provided 30 days to file a motion to amend its Verified Complaint and failure to file such a motion would result in dismissal of the case and entry of final judgment. To date, no motion has been filed and this case is DISMISSED.

Date:   January 24, 2025

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   1/24/2025

*JEFFREY S. EATON*
*CLERK OF COURT*

*/s/ Lisa Wright*
*Signature of Clerk or Deputy Clerk*