**MANDATE**

# UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-five.

_____

| | |
|---|---|
| University of Vermont Students for Justice in Palestine, | **ORDER**<br>Docket No. 25-196 |
|       Plaintiff - Appellee, | |
| v. | |
| The University of Vermont and State Agricultural College, Lina Balcom, UVM Director of Student Life, in her official capacity, Jerome Budomo, UVM Associate Director of Student Life, in his official capacity, | |
|       Defendants - Appellees, | |
| v. | |
| Tomas Zavalidroga, | |
|       Movant - Appellant. | |

_____

      A notice of appeal was filed on January 22, 2025. The filing fee of $605.00 was due to be paid to the district court by February 5, 2025. The case is deemed in default.

      Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

      IT IS HEREBY ORDERED that the appeal is dismissed effective April 4, 2025 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court

**MANDATE ISSUED ON 05/15/2025**

or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit